

# MEMORANDUM OPINION

No. 04-09-00734-CR

Brenda **MEDRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CRP-000366-D4
Honorable O.J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed: March 10, 2010

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence on July 13, 2009, and appellant did not file a motion for new trial. The deadline for filing a notice of appeal was therefore August 12, 2009. TEX. R. APP. P. 26.2(a)(1). A notice of appeal was not filed until October 14, 2009. Appellant did not file a timely motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Do Not Publish